MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
Daniel Armstrong, Bar No. 270175
daniel.armstrong@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067
Tel: +310.907.1000
Fax: +1.310.907.1001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously sued as JPMORGAN CHASE NATIONAL BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI V DANG,<br><br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE NATIONAL BANK,<br><br>        Defendants. | Case No. 8:25-CV-00381-DOC (KESx)<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT

    PLEASE TAKE NOTICE that in accordance with the Court's Initial Standing Order and Local Rule 40-2, Plaintiff Hai V. Dang and Defendant JPMorgan Chase (collectively "Parties") hereby notify the Court that the Parties have reached a settlement in the above-referenced case. The Parties are preparing the settlement agreement with final terms and anticipate filing a Joint Stipulation to Dismiss the entire case with prejudice within 45 days. The Parties request that all pending hearing dates and filing requirements be vacated.

Dated: May 20, 2025

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Daniel Armstrong*
    Arjun Rao
    Marcos Sasso
    Daniel Armstrong

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

GARRETT SKELEY

By  */s/  Garrett Skeley*

Attorney for Plaintiff
HAI V DANG

## PROOF OF SERVICE

I, Daniela Rivera, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On May 20, 2025, I served a copy of the within document(s):

### NOTICE OF SETTLEMENT

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Garrett Skelley, SBN 94895      *Counsel for Plaintiff*
160 Centennial Way Ste 21
Tustin Ca 92780
garrettgskelly@aol.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 20, 2025, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Daniela Rivera

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW